No. 791, Misc. MURRAY v. PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 793, Misc. MINK v. KROPP, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 803, Misc. SWAN v. YOUNG, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 815, Misc. WALKER v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 820, Misc. LANG v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 842, Misc. STEVENSON v. ROCKEFELLER, GOVERNOR OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 845, Misc. ALLEN v. LaVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied. *Nathan Silverberg* for petitioner.

No. 846, Misc. ROSE v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Philip R. Monahan* for the United States.

No. 864, Misc. HARLIN v. BREWER, WARDEN. Sup. Ct. Iowa. Certiorari denied.

No. 866, Misc. RESSEGUIE v. FOLLETTE, WARDEN. C. A. 2d Cir. Certiorari denied.